IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO TORRES JIMENEZ
SARAH DE JESUS CLAUDIO

DEBTORS

CASE NO. 11-05028 BKT

CHAPTER 13

**AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

**COME NOW, ROBERTO TORRES JIMENEZ AND SARAH DE JESUS CLAUDIO** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. The debtors are hereby submitting an amended Plan, dated June 22, 2011, to provide for secured creditor, World Financial Corp., claim #1 and to pay the liquidation value to the unsecured creditors.

**WHEREFORE** debtors respectfully request the confirmation of the proposed amended Plan, dated June 22, 2011.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Roberto Torres Jimenez and Sarah De Jesus Claudio; and all creditors and parties in interest, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 22th day of June, 2011.

/s/ **Roberto Figueroa Carrasquillo**
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfc.rfclaw@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                 Case No. <u>11-05028-13</u>

<u>TORRES JIMENEZ, ROBERTO & DE JESUS CLAUDIO, SARAH</u>     Chapter <u>13</u>
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☒ AMENDED PLAN DATED: <u>6/22/2011</u>
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 150.00 | x | 12 | = $ | 1,800.00 |
| $ | 250.00 | x | 48 | = $ | 12,000.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $     13,800.00

Additional Payments:
$ <u>18,000.00</u> to be paid as a LUMP SUM within <u>18 months</u> with proceeds to come from:

☒ Sale of Property identified as follows:
**Liquidation of Inheritance Property located at Savarona Ward, Jimenez Cruz Street in Caguas, Puerto Rico**
☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $     31,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $    2,874.00

Signed: _____
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **WORLD FINANCIAL** Cr. _____ Cr. _____
# **101057896** # _____ # _____
$ 1,960.79 $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☒ Debtor otherwise maintains regular payments directly to:
    **ADM. SISTEMA RETI**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
VL: $17,984.00 Priority: $7,200.00
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to World Financial Corp. thru the Trustee in the sum $25.00 per month for the next eight months or until confirmation.

* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor <u>R. Figueroa Carrasquillo Law Office</u>     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

TORRES JIMENEZ, ROBERTO
VILLA NUEVA
X4 19 STREET
CAGUAS, PR  00727

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

DE JESUS CLAUDIO, SARAH
VILLA NUEVA
X4 19 STREET
CAGUAS, PR  00727

FARMACIA AXIUM DORAL
ARCOS SUCHVILLE BLDG 108 RD 2 SUITE 302
GUAYNABO, PR  00966-1829

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

MONEY EXPRESS
PO BOX 11867
SAN JUAN, PR  00910-3867

ADM. SISTEMA RETIRO DEL ELA
PO BOX 42003
SANTURCE, PR  00940-2203

RECEIVABLES MANAGEMENT INC
AUXIUM HEALTHCARE PHARMACY
PO BOX 593
LANSING, IL  60438-0593

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

WORLD FINANCIAL CORP
PO BOX 364027
SAN JUAN, PR  00936-4027

AES/USEFG ELT BONY
1200 N 7TH ST
HARRISBURG, PA  17102

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

CITIFINANCIAL
1 CITIBANK DR STE 201
SAN JUAN, PR  00926

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR  00726-1252