# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ROBERTO TORRES JIMENEZ
SARAH DE JESUS CLAUDIO

Bkrtcy. No. 11-05028-BKT
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jun 14, 2011 | Meeting Date: Nov 01, 2011 | DC Track No. 17 |
| Days from petition date: 140 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 12/16/2008 | ☐ Chapter 13 Plan Date: Jun 22, 2011 Dkt.# 14 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $31,800.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Nov 18, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.     Date     Amount | Total Paid In: $600.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference          ☐ Creditor(s) present: ☒ None.
☒ Debtor Present            ☒ ID & Soc. OK         ☐ Debtor Absent
☒ Joint Debtor Present      ☒ ID & Soc. OK         ☐ Joint Debtor Absent
   Debtor(s) was/were       ☒ Examined             ☐ Not Examined under oath.
   Attorney for Debtor(s)   ☒ Present              ☐ Not Present
☐ Substitute attorney: M. Vera      ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00   Paid Pre-Petition: $126.00   Outstanding: $2,874.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under  ☒ Above Median Income.   Liquidation Value: $17,558.00
Commitment Period is ☐ 36  ☒ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: —0—
The Trustee ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Debtor has a civil action, must be listed Sch B and SofA and submit documents and copy of complaint. Reassess L. Value.
(2) Pending sick leave / vacation pay from AEELA debtor recently retired.

/s/ José R. Carrión
Trustee                   Presiding Officer        Page 1 of 1         Date: Nov 01, 2011